AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

ELECTRONIC STORAGE DEVICES
1100 L STREET, NW
WASHINGTON, DC 20005

**SEARCH WARRANT**

CASE NUMBER:

07 - 030 - M - 01

TO: __PATRICK MILLER__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent PATRICK MILLER__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1100 L Street, NW, Washington, DC 20005, as further described in the affidavit which is attached hereto and is incorporated reference

there is now concealed a certain person or property, namely (describe the person or property)

**contents more fully described in ATTACHMENT A and B, which is attached hereto and is incorporated reference**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___February 16, 2007___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

___FEB 07 2007 9:31 am___   at Washington, D.C.
Date and Time Issued   ALAN KAY
U.S. MAGISTRATE JUDGE                    ___/s/ Alan Kay___
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>2/7/07 | DATE AND TIME WARRANT EXECUTED<br>*INITIATED*<br>2/13/07  10 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>N/A - ITEMS ACTUALLY SEIZED |
| INVENTORY MADE IN THE PRESENCE OF   SA PATRICK MILLER |||

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1). SEE ATTACHED FOLDER STRUCTURE FOR ELECTRONIC STORAGE DEVICES, AND.

2). CONTENTS OF THE APPLE IBOOK G4 LAPTOP, REFERENCED IN ATTACHMENT A.

FILED

MAR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X SA P.A. Smith

Subscribed, sworn to, and returned before me this date.

_____   03/30/07
U.S. Judge or U.S. Magistrate Judge          Date

# Folder Structure

Folder Structure | Page 1

## Folder Structure

### Cruzer Mini 1GB

```
└─Cruzer Mini 1GB
  └─C
    ├─.Trashes
    │ └─501
    ├─CruzerLock 2 1GB
    ├─CruzerSync Trial Version
    │   └─SyncData
    ├─Incomplete
    ├─Incomplete
    ├─Incomplete
    ├─Incomplete
    ├─PocketCache Trial Version
    │   ├─BackupStorage
    │   └─HelpFiles
    ├─SecurDataStor
    └─SecurDataStorRM
        └─Files
```

### Cruzer Mini 32MB

```
└─Cruzer Mini 32MB
  └─C
    ├─.Trashes
    │ └─501
    ├─CruzerLock 2
    ├─CruzerSync Trial Version
    ├─PocketCache Trial Version
    │ ├─BackupStorage
    │ └─HelpFiles
    ├─SecurDataStor
    └─SecurDataStorRM
        └─Files
```

### Cruzer Micro 256MB

```
└─Cruzer Micro 256MB
  └─C
    ├─.Trashes
    │ └─501
    ├─CruzerLock 2
    ├─CruzerSync Trial Version
    ├─PocketCache Trial Version
    │ ├─BackupStorage
    │ └─HelpFiles
    ├─SecurDataStor
    └─SecurDataStorRM
        └─Files
```

### iPod

```
└─iPod
  ├─1 partition map
  ├─2 firmware
  └─3 disk
      └─DOGMATA
        ├─.
        ├─.Spotlight-V100
        ├─.Trashes
        │ └─501
        │    └─Music Videos
        ├─Calendars
        ├─Contacts
        ├─iPod_Control
        │ ├─Artwork
        │ ├─Device
        │ ├─iTunes
        │ └─Music
        │    ├─F00
        │    ├─F01
        │    ├─F02
        │    ├─F03
        │    ├─F04
        │    ├─F05
        │    ├─F06
        │    ├─F07
        │    ├─F08
        │    ├─F09
        │    ├─F10
        │    ├─F11
        │    ├─F12
        │    ├─F13
        │    ├─F14
        │    ├─F15
        │    ├─F16
        │    ├─F17
        │    ├─F18
        │    ├─F19
        │    ├─F20
        │    ├─F21
        │    ├─F22
        │    ├─F23
        │    ├─F24
        │    ├─F25
        │    ├─F26
        │    ├─F27
        │    ├─F28
        │    ├─F29
        │    ├─F30
        │    ├─F31
        │    ├─F32
        │    ├─F33
        │    ├─F34
        │    ├─F35
        │    ├─F36
        │    ├─F37
        │    ├─F38
        │    ├─F39
        │    ├─F40
        │    ├─F41
        │    ├─F42
        │    ├─F43
        │    ├─F44
        │    ├─F45
        │    ├─F46
        │    ├─F47
        │    ├─F48
        │    └─F49
        ├─My Song.band
        │ ├─Contents
        │ └─Media
        ├─Notes
        └─Photos
            └─Thumbs
```